

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 345TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On December 18, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Stacey Hartwig v. Neurological Fitness and Recovery Facilities II, LLC d/b/a Neufit; Neurological Fitness Equipment and Education, LLC; Garrett Salpeter, and Tayler Thatcher

Court of Appeals No. 15-25-00190-CV
Trial Court No. D-1-GN-25-008222

The Court of Appeals entered the following judgment or order:

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Stacey Hartwig.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this December 18, 2025.

CHRISTOPHER A. PRINE, CLERK